IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. HILL, | No. 4:21-CV-00479 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| COMMONWEALTH OF PA, | |
| Defendant. | |

## ORDER

### OCTOBER 18, 2021

In March 2021, Jeffrey D. Hill filed a civil rights complaint related to purportedly unlawful actions taken by local and state officials against Hill approximately three decades ago.[1] On June 9, 2021, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending that this Court dismiss Hill's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).[2] Hill has not filed timely objections to the Report and Recommendation.[3]

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Conversely, "[i]f a party objects

---

[1] Doc. 1.
[2] Doc. 6
[3] Hill filed a notice of appeal related to the Report and Recommendation with the United States Court of Appeals for the Third Circuit; the Third Circuit dismissed that appeal for lack of jurisdiction. Docs. 7, 9.
[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Arbuckle's recommendation that Hill's complaint be dismissed with prejudice. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 6) is **ADOPTED**;

2. Hill's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;

3. Hill's complaint (Doc. 1) is **DISMISSED** with prejudice;

4. Hill's motion for hearing transcripts (Doc. 3) is **DENIED** as moot; and

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.